Carlos Tomas GARCIA, Plaintiff–
Appellant,

v.

Glenn A. MUELLER, Warden Folsom
State Prison, Defendant–Appellee.

No. 00–15520.

D.C. No. CV–98–01789–LKK.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 12, 2001.[1]

Decided Feb. 22, 2001.

Before LEAVY, THOMAS, and
RAWLINSON, Circuit Judges.

MEMORANDUM [2]

Carlos Thomas Garcia, a California state
inmate, appeals pro se the district court's
dismissal of his 42 U.S.C. § 1983 action
alleging retaliation, without leave to
amend, pursuant to 28 U.S.C.
§ 1915A(b)(1). We have jurisdiction pur-
suant to 28 U.S.C. § 1291. We review de
novo the district court's dismissal under 28
U.S.C. § 1915A(b)(1) for failure to state a

1. The panel unanimously finds this case suit-
able for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as may be provid-
ed by 9th Cir. R. 36–3.

claim. *See Resnick v. Hayes,* 213 F.3d 443, 447 (9th Cir.2000). The district court's denial of leave to amend is reviewed for abuse of discretion, *see Lopez v. Smith,* 203 F.3d 1122, 1131 (9th Cir.2000) (en banc); and the district court's decision not to exercise supplemental jurisdiction over related state law claims is reviewed for clear error, *see Brady v. Brown,* 51 F.3d 810, 816 (9th Cir.1995). We affirm.

▆ We conclude that the district court properly dismissed Garcia's complaint, which alleged that he was denied a hardship transfer in retaliation for filing grievances, because the prison officials' transfer decision was based on legitimate safety concerns. *See Pratt v. Rowland,* 65 F.3d 802, 806 (9th Cir.1995). Therefore, the district court did not abuse its discretion by not granting Garcia an opportunity to amend his complaint because amendment would be futile. *See Lopez v. Smith,* 203 F.3d at 1131.

▆ The district court properly declined to exercise pendant jurisdiction over Garcia's state law claims because his federal claims were absolutely devoid of merit. *See Brady,* 51 F.3d at 816.

AFFIRMED.

---

**1.** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**2.** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.